# MELARAGNO & PLACIDI

ATTORNEYS AND COUNSELORS AT LAW
502 WEST SEVENTH STREET
ERIE, PENNSYLVANIA 16502

(814) 459-5557 (Telephone)
(814) 459-6778 (Fax)

---

March 15, 2010

Debra Sciamanda
Clerk, U.S. Bankruptcy Court
U.S. Courthouse
17 South Park Row, Room B160
Erie, PA 16501

Re:  Rucks, James & Colleen
     Bankruptcy Case No. 05-11513-TPA

Dear Debbie:

Enclosed, please find the following Checks as payment in full of the final distribution payments in the above Bankruptcy, which consist of "unclaimed funds" which should be paid into the Court:

| | Claimant: | Amount: | Check No: |
|---|---|---|---|
| 1. | Adelphia<br>PO Box 96078<br>Charlotte, NC 28296<br>(Claim No. 8) | ~~$241.09~~ $157.85 *changed to match check per Kim 3/16/10 (dcs)* | 3031 |
| 2. | Columbia Gas of Virginia<br>PO Box 830005<br>Baltimore, MD 21283-0005<br>(Claim No. 15) | $176.07 | 3032 |
| 3. | Great Seneca Fin Corp.<br>c/o Wolpoff & Abramson LLP<br>267 E. Market Street<br>York, PA 17403<br>(Claim No. 20) | $14,581.87 | 3033 |

---

    4.    Providian                                  $1,279.59                  3034
          PO Box 9539
          Manchester, NH 03108-9539
          (Claim No. 22)

If you have any questions or concerns, please do not hesitate to contact me at your convenience.

Thank you.

                    Sincerely,

                    John C. Melaragno, Esquire

| | THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER | |
|---|---|---|
| JOHN C. MELARAGNO, TRUSTEE<br>502 WEST 7TH STREET<br>ERIE, PA 16502 | **BANK OF AMERICA, N.A.**<br>CUSTOMER CONNECTION<br>Claim 000008, Adelphia | CHECK NUMBER<br>**3031** |

| DATE | AMOUNT |
|---|---|
| 03/15/10 | *********157.85 |

| CASE NUMBER | DEBTOR |
|---|---|
| 05-11513   TPA | RUCKS, COLLEEN MARIE<br>RUCKS JR., JAMES OWEN |

**PAY TO THE ORDER OF**

*One Hundred Fifty Seven Dollars And 85/100*

Clerk, U.S Bankruptcy Court
U.S. Courthouse
17 South Park Row, Rm B160
Erie, PA 16501
Attn: Debra C. Sciamanda, Deputy Clerk

_____
TRUSTEE
This check void after 90 days

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈003031⑈ ⑉111000012⑉ 4428456863⑈

---

JOHN C. MELARAGNO, TRUSTEE
502 WEST 7TH STREET
ERIE, PA 16502

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

Claim 000015, Columbia Gas
of Virginia

CHECK NUMBER
**3032**

| DATE | AMOUNT |
|---|---|
| 03/15/10 | *********176.07 |

**PAY TO THE ORDER OF**

| CASE NUMBER | DEBTOR |
|---|---|
| 05-11513  TPA | RUCKS, COLLEEN MARIE<br>RUCKS JR., JAMES OWEN |

*One Hundred Seventy Six Dollars And 07/100*

Clerk, U.S Bankruptcy Court
U.S. Courthouse
17 South Park Row, Rm B160
Erie, PA 16501
Attn: Debra C. Sciamanda, Deputy Clerk

_____
TRUSTEE
This check void after 90 days

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈003032⑈ ⑆111000012⑆ 4428456863⑈

---

JOHN C. MELARAGNO, TRUSTEE
502 WEST 7TH STREET
ERIE, PA 16502

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

Claim 000020, Great Seneca Fin Corp

CHECK NUMBER
**3033**

| DATE | AMOUNT |
|---|---|
| 03/15/10 | ******14,581.87 |

**PAY TO THE ORDER OF**

| CASE NUMBER | DEBTOR |
|---|---|
| 05-11513  TPA | RUCKS, COLLEEN MARIE<br>RUCKS JR., JAMES OWEN |

*Fourteen Thousand Five Hundred Eighty One Dollars And 87/100*

Clerk, U.S Bankruptcy Court
U.S. Courthouse
17 South Park Row, Rm B160
Erie, PA 16501
Attn: Debra C. Sciamanda, Deputy Clerk

_____
TRUSTEE
This check void after 90 days

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈003033⑈ ⑆111000012⑆ 4428456863⑈

---

JOHN C. MELARAGNO, TRUSTEE
502 WEST 7TH STREET
ERIE, PA 16502

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

Claim 000022, Providian

CHECK NUMBER
**3034**

| DATE | AMOUNT |
|---|---|
| 03/15/10 | *******1,279.59 |

**PAY TO THE ORDER OF**

| CASE NUMBER | DEBTOR |
|---|---|
| 05-11513  TPA | RUCKS, COLLEEN MARIE<br>RUCKS JR., JAMES OWEN |

*One Thousand Two Hundred Seventy Nine Dollars And 59/100*

Clerk, U.S Bankruptcy Court
U.S. Courthouse
17 South Park Row, Rm B160
Erie, PA 16501
Attn: Debra C. Sciamanda, Deputy Clerk

_____
TRUSTEE
This check void after 90 days

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈003034⑈ ⑆111000012⑆ 4428456863⑈